In the Matter of EMIKO KLEIN v. HAROLD BAER — Motion granted to the extent of granting reargument and upon reargument the order of this court entered on September 26, 1974, is modified to add at the end thereof a direction that there be a joint trial of the action for divorce and the habeas corpus proceeding in the Supreme Court, New York County. The order of this court entered on October 24, 1974, is vacated. Concur — Markewich, J. P., Kupferman, Lupiano, Steuer and Capozzoli, JJ. [45 A D 2d 951.]